AO 455 (Rev. 01/09) Waiver of an Indictment

**FILED**

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

DEC 17 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:24-cr-00316 DAD |
| | ) | |
| **RANDY ANGER** | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 12·8·2024

12·17·2024

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Matthew C. Bockman
*Printed name of defendant's attorney*

_____
*Judge's signature*

Dale A. Drozd
*Judge's printed name and title*