UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANDY ANGER,<br><br>Defendant. | No. 2:24-cr-00316-DAD<br><br>ORDER REVOKING RELEASE ORDER, DETAINING DEFENDANT AND ISSUING AN ARREST WARRANT |

On December 17, 2024, defendant Randy Anger made his initial appearance before the undersigned in this case. (Doc. No. 6.) At that time the defendant waived indictment, entered pleas of guilty to Counts 1 and 3 of the Information, and was ordered released on conditions with a $150,000 secured bond to be posted by his wife by today.[1] (*Id.*)

Today, the court was advised by Pretrial Services that defendant Anger's wife has informed them that she is no longer willing to post the secured bond ordered by the court.[2] Accordingly, the court hereby revokes its order of release and issues a warrant for defendant Randy Anger's arrest which the U.S. Marshal is directed to execute forthwith. In addition, the court finds that given the absence of a secured bond, the defendant poses both a flight risk and a

---

[1] Sentencing was scheduled for March 31, 2025. (Doc. No. 6.)

[2] The court has also been advised of related changed circumstances, including possible violation of the conditions of release set by the court on December 17, 2024.

1

1  danger to the community and on that basis orders him detained absent further order of the court.
2  The parties are advised that if they wish the court to again address the issue of detention they
3  should do so through a motion properly noticed for hearing before the duty Magistrate Judge.
4  Finally, the Clerk of the Court is directed to serve this order on the U.S. Marshal's Office,
5  Supervising Pretrial Services Officer Darryl Walker and the parties.

   IT IS SO ORDERED.

Dated:   **December 20, 2024**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE