1  MICHELE BECKWITH
   Acting United States Attorney
2  DENISE N. YASINOW
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,
                                          2:24-CR-00316-DAD
12                      Plaintiff,

13             v.                         PRELIMINARY ORDER OF FORFEITURE

14 RANDY ANGER,

15                      Defendant.

16

17       Based upon the plea agreement entered into between plaintiff United States of America and

18 defendant Randy Anger, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

19       1.       Pursuant to 18 U.S.C. § 2253(a), defendant Randy Anger's interest in the following

20 property shall be condemned and forfeited to the United States of America, to be disposed of according

21 to law:
                 a.      Apple iPhone, Serial Number: F4GFWSRWN72J.
22

23       2.       The above-listed property was used or intended to be used to commit and to promote the

24 commission of violations of 18 U.S.C. § 2252(a)(2).

25       3.       Pursuant to Rule 32.2(b)(3), the Attorney General (or a designee) shall be authorized to

26 seize the above-listed property. The aforementioned property shall be seized and held by the U.S.

27 Marshals Service, in its secure custody and control.

28       4.       a.      Pursuant to 18 U.S.C. § 2253(b), incorporated by 21 U.S.C. § 853(n), and Local

                                          1
                                                         Preliminary Order of Forfeiture

Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b.      This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5.      If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253(a), in which all interests will be addressed.

IT IS SO ORDERED.

Dated:    **January 23, 2025**    _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2